**Via Federal Express**

November 26, 2008

Solar Entertainment Corporation
Century Tower Building
10/F 100 Tordesillas
Cor H.V. dela Costa Sts
Makati City, Philippines

Attn:   Mr. Peter ChanLiong

Re:   **First Amendment to the International Television Rights License Agreement between World Wrestling Entertainment, Inc. ("WWE") and Solar Entertainment Corporation ("Licensee")**

Dear Peter:

Reference is made to that a certain International Television Rights License Agreement between WWE and Licensee dated as of October 9, 2007 which is in full force and effect as of the date hereof ("Agreement"). For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties have agreed to amend the Agreement as follows ("First Amendment"):

1.   In addition to the grant of rights set forth in Section 2(a) of the Agreement, Licensee shall have the right to air Domestic Raw, Domestic SmackDown, International After Burn, International Bottom Line, ECW and WWE Experience via DVB-H on My TV provided such airing is done simultaneously and linearly with the Program's airing on RPN 9, Solar Sports and/or Jack TV, as the case may be.

2.   The words "or DVB-H" shall be added after the words "Pay Television" in the third line of Section 2(c).

3.   The parties hereby agree to amend Section 4(a) "License Fee" by adding to the end of such Section 4(a) (in addition to the amounts that are currently in such Section 4 of the Agreement which shall also be due and payable on the dates set forth therein) the following fees in respect of the additional programs:

"In addition, Licensee shall pay to WWE a license fee in the amount of Sixty Three Thousand Eight Hundred Ten US Dollars (US $63,810.00), payable in accordance with the following schedule:

| DUE DATE | AMOUNT |
|---|---|
| April 30, 2008 | US $27,490.00 |
| April 30, 2009 | US $36,320.00 |
| TOTAL: | US $63,810.00" |

4.  All terms not defined herein shall have the same meaning given them in the Agreement. Except as expressly or by necessary implication modified hereby, the terms and conditions of the Agreement are hereby ratified and confirmed without limitation or exception.

Please confirm acceptance of this First Amendment as set forth in the space provided below on behalf of Licensee and return it to me for countersignature. One (1) fully-executed copy will be returned for your files.

WORLD WRESTLING ENTERTAINMENT, INC.

By: _____

Print Name: D Goldsmith

Date: 12/18/09

ACKNOWLEDGED AND AGREED:

SOLAR ENTERTAINMENT CORPORATION
("Licensee")

By: _____

Print Name: PETER CHAN LIONG
CHIEF OPERATING OFFICER

Date: Nov. 13, 2009